IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOIS JEAN CONNER, et al., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | NO. 09-67099 |
| v. | : | |
| | : | Transferred from the Central |
| | : | District of California |
| ALFA LAVAL, INC., et al., | : | (Case No. 09-02317) |
| | : | |
| Defendants. | : | |

FILED
JUL 22 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| JAMES H. PRANGE, et al., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | NO. 09-91848 |
| v. | : | |
| | : | Transferred from the Central |
| | : | District of California |
| ALFA LAVAL, INC., et al., | : | (Case No. 09-06698) |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAMES W. STONE, et al., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | NO. 09-93726 |
| v. | : | |
| | : | Transferred from the Northern |
| | : | District of California |
| ALFA LAVAL, INC., et al., | : | (Case No. 09-02327) |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| TINA M. WILLIS, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| | : | NO. 09-91449 |
| v. | : | |
| | : | Transferred from the District |

```
BW IP INTERNATIONAL, INC.,       :    of South Carolina
et al.,                          :    (Case No. 09-02163)
                                 :
     Defendants.                 :
                                 :
```

## O R D E R

**AND NOW**, this **21st** day of **July 2011** it is hereby **ORDERED** that Defendants' motions for summary judgment listed in Exhibit A are **GRANTED in part** on the issue of the application of maritime law.  The Court hereby finds that maritime law applies in the cases listed in Exhibit A;

It is hereby further **ORDERED** that Defendants' motions for summary judgment in Willis, 09-91449 listed in Exhibit B are **DENIED in part** on the issue of the application of maritime law.  The Court hereby finds that state law applies in Willis.

**AND IT IS SO ORDERED.**

*/s/ Ed. C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**

Exhibit A

| | HONORABLE EDUARDO C. ROBRENO | |
|---|---|---|
| **Case number/ Document number** | **Case and Motion Information** | **Notes** |
| 2:09-cv-67099-ER | CONNER et al v. ALFA LAVAL, INC. et al<br>*Case filed:* 05/07/2009 | *Cause:* 28:1332 Diversity-Asbestos Litigation<br>*NOS:* 368<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* EDUARDO C. ROBRENO<br>*Settlement:* DAVID R. STRAWBRIDGE<br>*Jury demand:* Both<br>*Case flags:* ASBESTOS, CA-C, CASREF/ASB, DS/ASB, MDL-875 |
| 177 | MOTION for Summary Judgment<br>*Motion filed:* 08/11/2010<br>*Filed by:* GENERAL ELECTRIC COMPANY | *Response due:* 04/15/2011<br>*Response filed:* 03/17/2011<br>*Reply filed:* 09/08/2010 |

| **Case number/ Document number** | **Case and Motion Information** | **Notes** |
|---|---|---|
| 2:09-cv-91848-ER | PRANGE et al v. ALFA LAVAL, INC. et al<br>*Case filed:* 11/02/2009 | *Cause:* 28:1332 Diversity-Asbestos Litigation<br>*NOS:* 368<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* EDUARDO C. ROBRENO<br>*Settlement:* M. FAITH ANGELL<br>*Jury demand:* Defendant<br>*Case flags:* ASBESTOS, CA-C, CASREF/ASB, MDL-875, MFA/ASB |
| 162 | MOTION for Summary Judgment<br>*Motion filed:* 10/25/2010 | *Response filed:* 03/17/2011<br>*Reply filed:* 01/14/2011 |

|  |  |  |
|---|---|---|
|  | *Filed by:* IMO INDUSTRIES, INC. |  |
| 163 | MOTION for Summary Judgment<br>*Motion filed:* 10/25/2010<br>*Filed by:* GENERAL ELECTRIC COMPANY | *Response filed:* 03/18/2011<br>*Reply filed:* 01/21/2011 |
| 164 | MOTION for Summary Judgment, *or in the alternative, partial summary judgment*<br>*Motion filed:* 10/25/2010<br>*Filed by:* BUFFALO PUMPS, INC. | *Response filed:* 04/26/2011<br>*Reply filed:* 01/14/2011 |
| 165 | MOTION for Summary Judgment *or, in the Alternative, Summary Adjudication*<br>*Motion filed:* 10/25/2010<br>*Filed by:* IMO INDUSTRIES, INC. | *Response filed:* 03/17/2011 |
| 166 | MOTION for Summary Judgment, *or in the alternative, partial summary judgment*<br>*Motion filed:* 10/25/2010<br>*Filed by:* TRANE US, INC. | *Response filed:* 03/17/2011<br>*Reply filed:* 01/14/2011 |
| 181 | MOTION for Summary Judgment<br>*Motion filed:* 10/25/2010<br>*Filed by:* FOSTER WHEELER LLC | *Response filed:* 04/01/2011<br>*Reply filed:* 04/26/2011 |
| 184 | MOTION for Summary Judgment<br>*Motion filed:* 10/25/2010<br>*Filed by:* WARREN PUMPS, LLC. | *Response filed:* 03/18/2011<br>*Reply filed:* 01/14/2011 |
| 191 | MOTION for Summary Judgment<br>*Motion filed:* 10/25/2010<br>*Filed by:* CRANE CO. | *Response filed:* 04/01/2011<br>*Reply filed:* 01/14/2011 |

| Case number/<br>Document<br>number | **Case and Motion Information** | **Notes** |
|---|---|---|
| 2:09-cv-93726-ER | **STONE et al v. ALFA LAVAL INC. et al**<br>*Case filed:* 12/16/2009<br>*Case reopened:* 09/01/2010 | *Cause:* 28:1332 Diversity-Asbestos Litigation<br>*NOS:* 368<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* EDUARDO C. ROBRENO<br>*Settlement:* THOMAS J. RUETER<br>*Jury demand:* None<br>*Case flags:* ASBESTOS, CA-S, CASREF/ASB, |

|  |  |  |
|---|---|---|
|  |  | MDL-875, TJR/ASB |
| 168 | MOTION for Summary Judgment *and Certificate of Service*<br>*Motion filed:* 11/05/2010<br>*Filed by:* ARMSTRONG INTERNATIONAL, INC. | *Response filed:* 03/17/2011<br>*Reply filed:* 04/18/2011 |
| 171 | MOTION for Summary Judgment *and Notice of Motion for Summary Judgment*<br>*Motion filed:* 11/05/2010<br>*Filed by:* CBS CORPORATION | *Response filed:* 03/17/2011<br>*Reply filed:* 04/26/2011 |
| 174 | MOTION for Summary Judgment *Notice*<br>*Motion filed:* 11/05/2010<br>*Filed by:* FOSTER WHEELER ENERGY CORPORATION | *Response filed:* 04/01/2011 |
| 181 | MOTION for Summary Judgment<br>*Motion filed:* 11/05/2010<br>*Filed by:* WARREN PUMPS LLC | *Response filed:* 03/18/2011<br>*Reply filed:* 01/03/2011 |
| 199 | MOTION for Summary Judgment<br>*Motion filed:* 11/05/2010<br>*Filed by:* CRANE CO. | *Response filed:* 04/01/2011<br>*Reply filed:* 01/03/2011 |

Exhibit B

| Case number/ Document number | Case and Motion Information | Notes |
|---|---|---|
| 2:09-cv-91449-ER | **WILLIS et al v. BW IP INTERNATIONAL INC et al**<br>*Case filed:* 10/15/2009 | *Cause:* 28:1332 Diversity-Asbestos Litigation<br>*NOS:* 368<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* EDUARDO C. ROBRENO<br>*Jury demand:* None<br>*Case flags:* ASBESTOS, MDL-875, SC |
| 57 | MOTION for Summary Judgment<br>*Motion filed:* 12/23/2010<br>*Filed by:* INGERSOLL-RAND COMPANY | *Response filed:* 04/15/2011<br>*Reply filed:* 02/07/2011<br>*Hearing set:* 03/22/2011 |
| 58 | MOTION for Summary Judgment *and Brief in Support*<br>*Motion filed:* 12/23/2010<br>*Filed by:* INGERSOLL-RAND COMPANY | *Response filed:* 04/15/2011<br>*Reply filed:* 02/07/2011<br>*Hearing set:* 03/22/2011 |
| 59 | MOTION for Summary Judgment<br>*Motion filed:* 12/23/2010<br>*Filed by:* FOSTER WHEELER ENERGY | *Response due:* 02/15/2011<br>*Response filed:* 04/15/2011<br>*Reply filed:* 04/26/2011<br>*Hearing set:* 03/22/2011 |
| 60 | MOTION for Summary Judgment<br>*Motion filed:* 12/23/2010<br>*Filed by:* CBS CORPORATION | *Response filed:* 04/15/2011<br>*Reply filed:* 04/26/2011<br>*Hearing set:* 03/22/2011 |
| 61 | MOTION for Summary Judgment<br>*Motion filed:* 12/23/2010<br>*Filed by:* CRANE CO | *Response filed:* 04/15/2011<br>*Reply filed:* 02/16/2011<br>*Hearing set:* 03/22/2011 |